UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>SAMATH KHANHPHONGPHANE,<br><br>            Defendant. | CASE NO. 17-180<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a crime that carries the presumption of detention and has failed to overcome it. Defendant is charged with being involved in a multi-state drug trafficking operation. He traveled allegedly with others to other states commit this crime. The drug activity also appears to have international ties. Defendant did not play a minor role but was deeply involved with the other defendants in the criminal activity. Defendant and others related to the drug trafficking activities have recently traveled to South East Asia, where defendant has ties. The government proffered that defendant met up with another individual who fled the United

DETENTION ORDER - 1

States to avoid drug charges. The government proffered that there is or was a drug trafficking relationship between defendant and this individual.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 11th day of May, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2